UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

ARLETTA SUBOCZ and LOCKFABRIC
SYSTEM LLC,

                        Plaintiffs,        **ORDER ON MOTION TO DISMISS**

    - against -                          No. 24-CV-8670 (CS)

ANDRZEJ DUDA, individually and doing business
as www.LOCKFABRIC.COM,

                        Defendant.
-------------------------------------------------------------x

Seibel, J.

      For the reasons set forth on the record at the March 5, 2026 conference, the Defendant's

motion to dismiss, (ECF No. 19), is GRANTED in part and DENIED in part.

**SO ORDERED.**

Dated:  March 5, 2026
        White Plains, New York

                                    _____
                                CATHY SEIBEL, U.S.D.J.